**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **CLARA HERNANDEZ,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:15-CV-00165-J** |
| | § | |
| **STATE FARM LLOYDS AND JOEY BROU,** | § | **JURY DEMANDED** |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Clara Hernandez (hereinafter "Plaintiff") no longer wishes to pursue the above numbered lawsuit. Plaintiff respectfully moves that this matter be dismissed, without prejudice, as to any and all claims which Plaintiff brought, or could have brought, in this case against Defendants. Defendants State Farm Lloyds and Joey Brou are not opposed to the relief requested by Plaintiff.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this Joint Stipulation of Dismissal without Prejudice and enter an Order of Dismissal without Prejudice. The parties request all such other and further relief to which they may be justly entitled.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
**Attorney-in-Charge**
Texas Bar No. 24037492
rmsdocketefile@mostynlaw.com
**MOSTYN LAW FIRM**
Sean C. Timmons
Texas Bar No. 24067908
J. Ryan Fowler
Texas Bar No. 24058357
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

Channy F. Wood
*L.R. 83.10 Local Counsel for Plaintiffs*
Texas Bar No. 00791954
Wood Law Firm, LLP
1222 South Fillmore
PO Box 1439
Amarillo, Texas 79105
(806) 372-9663 (Office)
(806) 372-9664 (Facsimile)
cwood@woodlawfirm-tx.com

**ATTORNEYS FOR PLAINTIFF**

/s/ W. Neil Rambin
W. NEIL RAMBIN
State Bar No. 16492800
rambindocket@sedgwicklaw.com
L. KIMBERLY STEELE
State Bar No. 04127600
kimberly.steele@sedgwicklaw.com
SCOTT P. BRINKERHOFF
State Bar No. 24069419
scott.brinkerhoff@sedgwicklaw.com

SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200
(469) 227-8004 (Fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this the 16th day of October, 2015.

W. Neil Rambin
L. Kimberly Steele
Scott P. Brinkerhoff
SEDGWICK LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200 (Office)
(469) 227-8004 (Facsimile)

/s/ René M. Sigman
René M. Sigman