IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CLARA HERNANDEZ, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | NO. 2:15-CV-00165-J |
| STATE FARM LLOYDS and JOEY BROU, | | |
| Defendants. | | |

## ORDER

Before the Court is parties' *Joint Stipulation of Dismissal Without Prejudice.* Accordingly, all claims in controversy in the above-captioned case are DISMISSED WITHOUT PREJUDICE, each party to bear their own costs and attorneys' fees.

It is SO ORDERED.

Signed this the __16th__ day of October, 2015.

S/ Mary Lou Robinson
**MARY LOU ROBINSON**
**UNITED STATES DISTRICT JUDGE**